C. F. PAUL, *Publisher.*]......$1.00 PER ANNUM......[O. L. BARBOUR, *Reporter.*

Vol. VI.]       SARATOGA SPRINGS, MAY 5, 1846.       [No. 2.

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,

MAY 5, 1846.

---

*James T. Eells surviving trustee &c.* v. *David L. Rogers.* M. MITCHELL, for complainant; W. N. DYCKMAN, for defendant. Order refusing to open the order to take the bill as confessed affirmed, with costs.

*In the matter of Arthur Carey, a lunatic.* J. S. FROST, for petitioner. Application for an extra allowance of costs upon the execution of a commission of lunacy, beyond the maximum fixed by the 162d rule. Decided that the expense of getting the solicitor's bill of costs taxed, in such a case was unnecessary where the solicitor intends to claim over $50; as the court must in every such case examine the bill of costs for itself to see what necessity there is, for any extra allowance. Order allowing the payment of $606, in addition to the $50, but nothing more.

*John Deen et al.* v. *Edgar Haight.* M. T. REYNOLDS, for complainants; A. K. HADLEY, for defendant. Motion to dissolve injunction denied; and a reference to a master directed, to appoint a receiver of the property and effects of the partnership.

*Asa W. Douglass* v. *Hamilton White et al..* A. WORDEN and N. HILL Jun., for complainants; J. A. COLLIER, for defendants. Motion to dissolve injunction denied with costs, to be paid by the defendants making the application.

*Charles E. Quincy* v. *Erasmus D. Foot et al.* J. B. SMITH, for appellant; A. TABER, for respondent. Appeal